FILED '09 MAR 10 16:30 USDC-ORE

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

'09 MAR 19 AM 10: 05

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

8:09 mc 18

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SUNWEST MANAGEMENT, INC., CANYON CREEK DEVELOPMENT, INC., CANYON CREEK FINANCIAL, LLC, and JON M. HARDER,<br><br>Defendants,<br><br>and<br><br>DARRYL E. FISHER, J. WALLACE GUTZLER, KRISTIN HARDER, ENCORE INDEMNITY MANAGEMENT, LLC, SENENET LEASING COMPANY, FUSE ADVERTISING, INC., KDA CONSTRUCTION, INC., CLYDE HAMSTREET, and CLYDE A. HAMSTREET & ASSOCIATES, LLC,<br><br>Relief Defendants. | Civil No.: 09-CV-6056-TC<br><br>[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND APPOINTING RECEIVER<br><br>*Revised as referenced in oral argument* |

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
APPOINTING RECEIVER
Page 1

This matter came before the Court on the *ex parte* application of Plaintiff Securities and Exchange Commission ("Commission") for a temporary restraining order and for the appointment of a receiver ("Application"). The Application was heard at 11:00 a.m. on Monday, March 2, 2009, by the Honorable Michael R. Hogan, with argument by counsel for the Commission, Sunwest Management, Inc. ("Sunwest"), Jon Harder ("Harder") as debtor in possession in United States Bankruptcy Court for the District of Oregon (the "Bankruptcy Court") Chapter 11 case number 08-37225-tmb (the "Bankruptcy Action"), Kristen Harder, Clyde Hamstreet (or his successor, the "CRO") and Clyde A. Hamstreet & Associates, LLC. In addition, counsel for the Unsecured Creditors' Committee ("UCC") and the Tenants-in-Common Committee ("TICC") in the Bankruptcy Action joined in the argument after the Court granted motions to intervene. The Court received and considered the Commission's complaint, application, memorandum of points and authorities, the declarations of Michael E. Liftik and Michael A. Fortunato, all exhibits attached to those declarations, and all other submissions from all parties, written or oral, at or before the hearing. The Application was denied in all respects, except for certain terms that were read into the record and as set forth in the Order entered by the Court on March 2, 2009. The Court set March 10, 2009 at 10:30 a.m. as the time for the hearing on the preliminary injunction. At the Court's direction, following conclusion of the hearing, the parties and the proposed receiver met and conferred about the form of a preliminary injunction and appointment of a receiver.

Based on the foregoing, the Court finds as follows:

1.     Good cause exists to issue a preliminary injunction as set forth below, and to appoint a receiver with all rights and powers of a federal equity receiver, except as limited below (the "Receiver").

2.     This Court has jurisdiction over the parties and the subject matter of this action, pursuant to Sections 20(d)(1) and 22(a) of the Securities Act of 1933 ("Securities

/ / /

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
APPOINTING RECEIVER
**Page 2**

Act"), and Sections 21(d)(3), 21(e) and 27 of the Securities Exchange Act of 1934

("Exchange Act"). 15 U.S.C. §§ 77t(d)(l), 77v(a), 78u(d), and 78u(e).

3.      This District is an appropriate venue for this action pursuant to Section 22(a)

of the Securities Act and Section 27 of the Exchange Act. 15 U.S.C. §§ 77v(a) and 78aa.

THEREFORE,

I.

IT IS ORDERED that Defendants Sunwest, Canyon Creek Development, Inc.

("CCD"), Canyon Creek Financial, LLC ("CCF") and Harder, and their respective officers,

agents, servants, employees, attorneys, and those persons in active concert or participation

with any of them, who receive actual notice of this Order, by personal service or otherwise,

and each of them, are temporarily restrained and enjoined from, directly or indirectly, in

connection with the offer or sale of any securities, by the use of any means or instrumentality

of interstate commerce, or of the mails:

A.      employing any device, scheme, or artifices to defraud;

B.      obtaining money or property by means of untrue statements of material fact or
        by omitting to state a material fact necessary in order to make statements
        made, in the light of the circumstances under which they were made, not
        misleading; or

C.      engaging in any transaction, practice, or course of business which operates or
        would operate as a fraud or deceit upon any purchaser;

in violation of Section 17(a) of the Securities Act, 15 U.S.C. § 77q(a).

II.

IT IS FURTHER ORDERED that Defendants Sunwest, CCD, CCF, and Harder, and

their respective officers, agents, servants, employees, attorneys, and those persons in active

concert or participation with any of them, who receive actual notice of this Order, by

personal service or otherwise, and each of them, are temporarily restrained and enjoined

from, directly or indirectly, in connection with the purchase or sale of any securities, by the

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
APPOINTING RECEIVER
Page 3

use of any means or instrumentality of interstate commerce, or of the mails, or of any facility
of any national securities exchange:

A.   employing any device, scheme or artifice to defraud;

B.   making any untrue statement of a material fact or omitting to state a material
fact necessary in order to make the statements made, in the light of the
circumstances under which they were made, not misleading; or

C.   engaging in any act, practice, or course of business which operates or would
operate as a fraud or deceit upon any person;

in violation of Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Exchange Act
Rule 10b-5, 17 C.F.R. § 240.10b-5.

III.

IT IS FURTHER ORDERED that Michael Grassmueck is appointed to act as
Receiver for Sunwest, CCD, CCF, Fuse Advertising, Inc., KDA Construction, Inc., and all
entities identified on Exhibit A (collectively, the "Receivership Entities") to (1) pursue and
resolve claims as more fully described below; (2) ascertain the financial condition of the
Receivership Entities and the disposition of investor funds; (3) determine the extent of
commingling of funds, if any, between the Defendants, Relief Defendants and all
Receivership Entities; (4) preserve the books, records and documents of the Receivership
Entities; and (5) be available to respond to investor inquiries.  Receivership Entities that are
~~or existing receivership orders~~
subjects of Chapter 11 cases as of March 2, 2009 shall proceed and continue as if no Receiver
has been appointed.  The rights and powers of the CRO and the Management Committee
("MC") with regard to operations, asset dispositions and restructuring of the Receivership
Entities, as described in the Stipulation dated February 16, 2009, will be the subject of a
prompt application for approval by the Receiver to the Court.  Pending entry of an order on
the Receiver's application, the MC is authorized to act consistent with the application.  The
rights and powers of professionals and Committees for the Harder bankruptcy estate are

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
APPOINTING RECEIVER
Page 4

unaffected by this Order. Actions requiring Court approval shall be submitted for such approval to this Court, except as to Receivership Entities in Chapter 11 bankruptcy cases as of March 2, 2009, which shall require approval of the Bankruptcy Court. The Receiver shall be kept informed, shall be consulted, and shall provide his views to the MC. Notwithstanding anything herein to the contrary, (a) the Receiver shall have the right to investigate and report to the Court on any and all Receivership Entity matters; (b) the CRO, under the direction of the MC, shall have the right to make all decisions with respect to the operations, asset dispositions (other than those claims that may be pursued by the Receiver under Section IV, below), and restructuring of the Receivership Entities, and with respect to the use of the Lone Star proceeds and of the proceeds of any future distributions that are paid or payable on account of the equity interests of Harder, Darryl Fisher ("Fisher") or J. Wallace Gutzler ("Gutzler") in the Receivership Entities; and (c) the CRO shall control and manage all bank accounts and cash of the Receivership Entities other than (i) proceeds of claims collected by the Receiver, and (ii) cash advanced to the Receiver by the CRO pursuant to Section IX, below. The CRO's right to make decisions with respect to asset dispositions under the CRO's control will not affect the Receiver's right to propose, or the Court's power to adopt, a plan of distribution for investors, creditors, or other claimants.

IV.

To effectuate the foregoing, the Receiver is hereby empowered to:

(a)    Pursue and resolve all claims against third parties, disgorgement, avoidance actions and offsets and counterclaims of the Receivership Entities (collectively, "claims") in cooperation with the MC. Notwithstanding the above, the Receiver shall not: (1) commence litigation against any lender to a Receivership Entity without the prior consent of the MC; (2) sue any professionals for pre-receivership payments made by the CRO pursuant to the CRO Engagement Agreement; (3) commence any action for any Receivership Entity that is a Chapter 11 debtor as of March 2, 2009; or (4) seek to recover amounts paid or to be paid by

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
APPOINTING RECEIVER
Page 5

the CRO from the Lone Star sale proceeds, whether to Harder's bankruptcy estate or otherwise;

 (b) Have access to all books, records and documents of the Receivership Entities;

 (c) Establish a bank account or use existing bank accounts to pay expenses and otherwise administer the receivership as provided herein;

 (d) Take necessary steps to investigate and recover assets that may have been conveyed to third parties or otherwise concealed;

 (e) Take necessary steps to investigate and account for the disposition and use of funds obtained by the Defendants, Relief Defendants and Receivership Entities;

 (f) Engage and employ persons, including accountants, attorneys, special litigation counsel and experts, to assist in the carrying out of the Receiver's duties and responsibilities hereunder;

 (g) Select, in cooperation with the MC, an accounting firm to provide independent accounting services and reports for the Receivership Entities, Senenet Leasing Company and Encore Indemnity Management , LLC with due deference given to the provisional selection of Moss Adams, but also considering options proposed by the Receiver;

 (h) Take necessary steps to investigate claims which may now or hereafter exist as a result of the activities of the Receivership Entities, and their past and present employees, agents, subsidiaries and affiliates; and

 (i) Subject to privilege review and appropriate confidentiality, as agreed or determined by the Court, image all laptops, computers, PDAs, smart phones and related electronic storage devices of the Defendants, Relief Defendants (other than Clyde Hamstreet and Clyde A. Hamstreet & Associates, LLC), and Receivership Entities, and have access to all information contained therein, including the passwords and logon information related to the same, except for information for which any non-Receivership Party holds a privilege. The Receiver shall not waive the attorney-client privilege or the attorney work product

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
APPOINTING RECEIVER
Page 6

doctrine applicable for any non-Receivership Entities under any relevant state or federal law. The individual Defendants and individual Relief Defendants shall not be deemed to have waived any privilege, held jointly or individually, contained in any documents or data stored on any laptops, computers, PDAs, Smart Phones or related electronic storage devices imaged by the Receiver and shall also retain the right to the return of privileged information under applicable law. In the event the Defendants, Relief Defendants or Receivership Entities assert privilege over any documents, they shall provide the Receiver's counsel and the Commission's counsel with a privilege log sufficiently detailed to permit the Receiver's Counsel and the Commission's counsel to determine, and possibly contest, any assertions of privilege.

## V.

IT IS FURTHER ORDERED that no creditor of or claimant against any of the Receivership Entities, or any person acting on behalf of such creditor or claimant, shall take any action to interfere with the Receiver's or CRO's control, possession, or management of the Receivership Entities or any of their assets, including, but not limited to, the filing of any lawsuits, liens or encumbrances or bankruptcy cases to impact the Receivership Entities or any of their assets without further order of this Court. Without limiting the scope of the preceding sentence, no person or entity, including any creditor or claimant against any of the Defendants, or any person acting on behalf of such creditor or claimant, shall take any action to terminate any management contract between Sunwest and any of the Receivership Entities. This Order shall not be construed to stay or enjoin actions in pending bankruptcy cases, or state or federal receivership actions.

## VI.

IT IS FURTHER ORDERED that, provided that Fisher and Gutzler turn over to the Receiver for use by the CRO, for necessary restructuring purposes subject to their respective rights under the CRO Engagement Agreement (including but not limited to their right to be paid their post-receivership reasonable professional fees and expenses from the CRO), all

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-3089
Telephone: 503.228.6351

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
APPOINTING RECEIVER
Page 7

distributions in respect of their equity interests in the Receivership Entities received on or after November 20, 2008, net of any amounts payable in respect of valid secured equity pledges, no creditor or claimant of Fisher or Gutzler shall take any action or file any lawsuit against Fisher or Gutzler related in any way to the Receivership Entities without further order of the Court. Notwithstanding the provisions of this paragraph, the Commission is expressly permitted to pursue any actions or lawsuits against Fisher or Gutzler it deems necessary without further order of the Court.

## VII.

IT IS FURTHER ORDERED that except for any act of, or exceeding, gross negligence, and to the fullest extent permitted by law or any applicable code of professional conduct, the Receiver, the CRO, the UCC, the TICC, and the MC, and the respective professionals retained by any of them, and SHSL and BHB, shall not be liable for any loss or damage incurred by any of the Defendants, Relief Defendants or Receivership Entities, their officers, agents, servants, employees and attorneys, investors, vendors, or any other person, nor be subject to any right of action, by reason of any act performed or omitted to be performed by any of them, or by the professionals retained by them, in connection with the discharge of their duties and responsibilities post-receivership. The Receiver shall not have any responsibility or liability for taxes in connection with operations of the Receivership Entities. No bond shall be required in connection with the appointment of the Receiver, the CRO, or the MC. Notwithstanding the provisions of this paragraph, the Commission is expressly permitted to pursue any actions or lawsuits against the CRO, and Harder, and the respective professionals retained by any of them for any acts or omissions that constitute violations of the federal securities laws.

## VIII.

IT IS FURTHER ORDERED that Defendants, Relief Defendants and Receivership Entities and their officers, agents, servants, employees, attorneys who receive actual notice of

Bullivant|Houser|Bailey PC

300 Pioneer Tower
188 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
APPOINTING RECEIVER
Page 8

this Order, by personal service or otherwise, and each of them, be and hereby are restrained and enjoined from, directly or indirectly, destroying, mutilating, concealing, transferring, altering, or otherwise disposing of, in any manner, any documents, including all books, records, computer programs, computer files, computer printouts, contracts, correspondence, memoranda, brochures, or any other documents of any kind in their possession, custody or control, however created, produced, or stored (manually, mechanically, electronically, or otherwise), pertaining in any manner to Defendants and the Receivership Entities.

## IX.

IT IS FURTHER ORDERED that funds controlled by the CRO in connection with the Lone Star sale attributable to distributions to Harder, Fisher and Gutzler shall be available to the Receiver, in an amount not to exceed $2,000,000, to pay the Receiver's compensation and expenses and to pay the compensation and expenses of the professionals hired by the Receiver, including counsel to the Receiver and other persons, including accountants, attorneys, special litigation counsel and experts, to assist in the carrying out of the Receiver's duties and responsibilities hereunder. The Receiver shall reimburse the CRO for all such funds made available to the Receiver under this paragraph IX as soon as practicable from proceeds of claims collected by the Receiver.

## X.

IT IS FURTHER ORDERED that funds controlled by the CRO in connection with the Lone Star sale attributable to distributions to Harder shall be made available to the CRO for the purposes and manner set forth in the Motion for an Order Approving Stipulation for an Order Regarding Debtor's Motion to Approve Interim and Final Use of Lone Star Sale Proceeds and Approving Settlement currently on file in the Bankruptcy Action and set for hearing on April 3, 2009, if approved by the Bankruptcy Court. Harder's interest in the proceeds from the Lone Star sale and from the sales of any Receivership Entities, including but not limited to his member interest, partnership interest, and any and all other interests,

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
APPOINTING RECEIVER
Page 9

shall be property of Harder's bankruptcy estate. The Commission shall pursue recoveries, if any, from Harder's bankruptcy estate in accordance with the provisions of the United States Bankruptcy Code and will cooperate with the Receiver and the TICC and UCC to cause any such recoveries to benefit the investors and creditors to the extent needed for them to obtain full satisfaction of their claims.

XI.

IT IS FURTHER ORDERED that SHSL shall serve as restructuring counsel, and BHB shall serve as special mediation and litigation counsel, for Harder in order to benefit the Receivership Entities. For all services rendered from and after March 2, 2009, the Receiver and his professionals, the CRO and his professionals, the MC and the respective professionals for the UCC, TICC, and MC, and SHSL and BHB, with respect to services provided for or to benefit the Receivership Entities, other than services for the Receivership Entities in a Chapter 11 case as of March 2, 2009, shall file with the United States District Court and serve on each other and the Commission statements on a monthly basis, which shall include a description of all services provided and expenses incurred, with the first such statement filed no later than 45 days after the date of this Order. If no objection to the fees and expenses in the statements is filed with the Court by the above parties within 21 days of service of a statement, then such statement is authorized to be paid on an interim basis at 80% of the requested fees and 100% of the requested expenses. The Receiver, the CRO, and the professionals shall file a bi-annual fee application with the Court seeking approval of the Court as to the fees and expenses paid to date and payment of the withheld balance. The fee application shall be posted on the Receiver's website and served on the parties to this action and those requesting special notice. Final approval of all fee applications will be reserved until the closing of the case.

/ / /

/ / /

Bullivant|Houser|Bailey PC

300 Flower Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
APPOINTING RECEIVER
Page 10

## XII.

IT IS FURTHER ORDERED that the proceeds of claims collected by the Receiver will be set aside and held by the Receiver and be available to satisfy investors' and creditors' claims. The parties have agreed that the combination of the receivership proceeds and the sale proceeds and net operating income from Receivership Entities or new entities have as their combined goal to satisfy the investors' and creditors' claims in full. The Commission shall cooperate with the Receiver to cause any recoveries to benefit the investors and creditors to the extent needed for them to obtain full satisfaction of their claims.

## XIII.

IT IS FURTHER ORDERED that the Receiver will undertake a review of the financial transactions between the CRO, on the one hand, and any of the Defendants, Relief Defendants, Receivership Entities or affiliates, officers or employees, on the other hand. The Receiver shall make best efforts to conclude that review forthwith. The Commission, if the Receiver has not completed that review prior to April 3, 2009, will appear in person or by phone at the hearing in the Bankruptcy Court on April 3, 2009, and explain to the Bankruptcy Court the role of a relief defendant in this litigation and state that the fact that the CRO is a relief defendant does not mean that the Commission has concluded that the CRO has engaged in any improper conduct with respect to Sunwest or his duties under the CRO Engagement Agreement.

## XIV.

IT IS FURTHER ORDERED that the CRO and the parties to the Bankruptcy Action will keep the Commission informed of actions in the Bankruptcy Action and pending mediations related to that Bankruptcy Action. To effectuate the goals of this paragraph, the CRO and the parties to the Bankruptcy Action will not enter into any stipulations or propose any orders to the Court without providing the Commission the notice required to any creditor by the Federal Rules of Bankruptcy Procedure or orders entered in the Bankruptcy Action of

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
APPOINTING RECEIVER
Page 11

such stipulations or proposed orders so that the Commission has sufficient time to object, if necessary.

## XV.

IT IS FURTHER ORDERED that no term of this Order shall be construed as limiting the Commission's ability, or that of any other state or federal authority, to pursue full relief against all Defendants and Relief Defendants in this litigation and any other defendants and relief defendants as may be added as parties to this litigation or named as parties in other litigation.

## XVI.

IT IS FURTHER ORDERED that, because the Court recognizes that residential facilities operated by Sunwest, or owned by its affiliates, may be regulated by State or local governmental authorities with respect to the health or welfare of the residents of those facilities (including, for example, the Oregon Department of Human Services under Chapter 441 of the Oregon Revised Statutes), nothing in this Order shall affect the rights or powers of such a governmental entity to take any action with respect to such facility as is authorized by the laws of its jurisdiction for the protection of the health or welfare of such residents. Said governmental entity shall give notice of any such action as soon as is practicable under the circumstances to the parties and this Court.

## XVII.

The Receiver, CRO, UCC, TICC, MC, the Defendants, the Relief Defendants, the Commission, creditors and other parties in interest shall have the right to apply to the Court to modify the terms of this Order.

10 MARCH 2009

11361437.1

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

_Michael R. Hogan_
U.S. DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
APPOINTING RECEIVER
Page 12

| Entity Name |
|---|
| ES 27, LLC |
| Addie Meedom House, LLC |
| Albuquerque Memory Care Community, LLC |
| Alpine Springs III, LLC |
| Alpine Springs, LLC |
| Amarillo Assisted Living Limited Partnership; |
| Amarillo GP, LLC |
| Anderson Senior Living LLC |
| Apple Ridge Assisted Living, LLC |
| Arbrook Senior Living GP, LLC |
| Arbrook Senior Living Limited Partnership; |
| Arlington Cooper GP, LLC |
| Arlington Cooper Senior Living Limited Partnership; |
| Autumn Glen Assisted Living Community, LLC |
| Autumn Park Assisted Living Community, LLC |
| Baltimore Senior Living, LLC |
| Barger Road Cottages, LLC |
| Batavia Senior Living, LLC |
| Bedford Gardens GP, LLC |
| Bedford Gardens Limited Partnership; |
| Belton Senior Living Operator, LLC |
| Briarwood Retirement and Assisted Living Community LLC |
| Bridgeport Assisted Living, LLC |
| Bridgeport Senior Living, LLC |
| Britt Senior Living, LLC |
| Broken Arrow Senior Living, LLC |
| Buford Brookside Senior Living Property, LLC |
| Buford Brookside Senior Living, LLC; |

1

EXHIBIT A

| Entity Name |
| --- |
| Buford Retirement Cottages, LLC |
| Buford Senior Living, LLC |
| Butte Senior Living Property, LLC |
| Butte Senior Living, LLC; |
| Cambridge Court Assisted Living Limited Partnership; |
| Cambridge Court GF, LLC |
| Cambridge Court GP, LLC |
| Cambridge Place GF, LLC |
| Canterbury Gardens Senior Living GP, LLC; |
| Canterbury Gardens Senior Living Limited Partnership; |
| Canterbury Gardens Senior Living Property GP, LLC |
| Canterbury Gardens Senior Living Property Limited Partnership |
| Canton Senior Living Property, LLC |
| Canton Senior Living, LLC; |
| Canyon Creek Development Inc |
| Canyon Creek Financial LLC |
| Canyon Crest Assisted Living & Memory Care, LLC |
| Carriage Inn GP, LLC |
| Carriage Inn Limited Partnership; |
| Century Fields Retirement and Assisted Living Community LLC |
| Champlin LLC |
| Chandler Place Senior Living, LLC |
| Charlotte Oakdale Senior Living LLC |
| Chris Ridge Senior Living, LLC |
| Clearlake GP, LLC; |
| Clearlake Senior Living Limited Partnership; |
| Clearlake Senior Living Property GP, LLC |

| Entity Name |
|---|
| Clearlake Senior Living Property Limited Partnership |
| Cody Senior Living II Property, LLC |
| Cody Senior Living II, LLC |
| Colonial Gardens LLC |
| Columbia Senior Living, LLC |
| Commerce Senior Living Property, LLC |
| Commerce Senior Living Property, LLC |
| Commerce Senior Living, LLC |
| Cordova Senior Living, LLC |
| Corinthians Assisted Living & Memory Care, LP |
| Corinthians I Retirement Community, LP |
| Corinthians I, LLC |
| Corinthians II, LLC |
| Corona Senior Living GP, LLC |
| Corona Senior Living Limited Partnership |
| Corona Senior Living Property Limited Partnership |
| Cougar Springs Assisted Living and Memory Care Community, LLC |
| Country Gardens Assisted Living, LLC |
| Court at Clifton Park LLC |
| Court at Greece LLC |
| Court at Orchard Park LLC |
| Crystal Terrace Retirement Community, LLC |
| CU 14, LLC |
| CU 15, LLC |
| CU 16, LLC |
| CU 18, LLC |
| CU 19, LLC |

3

EXHIBIT A

| Entity Name |
|---|
| CU 2, LLC |
| CU 21, LLC |
| CU 24, LLC |
| CU 25, LLC |
| CU 26, LLC |
| CU 27, LLC |
| CU 28, LLC |
| CU 29, LLC |
| CU 31, LLC |
| CU 32, LLC |
| CU 33, LLC |
| CU 34, LLC |
| CU 35, LLC |
| CU 36, LLC |
| CU 44, LLC |
| CU 45, LLC |
| CU 48, LLC |
| CU 55, LLC |
| CU BUFORD, LLC |
| CU Gresham Chestnut, LLC |
| CU Paducah, LLC |
| CU Sioux City, LLC |
| Desert Springs Land, LLC |
| Desert Springs Senior Living, LLC |
| Dorchester House Retirement Residence LLC |
| Eagle Cove Senior Living, LLC |
| Eagle Meadows Assisted Living Community, LLC |

4

| Entity Name |
| --- |
| Eldorado Heights Assisted Living Community, LLC |
| Ellensburg Care, L.L.C. |
| Emerald Pointe Assisted Living & Memory Care, LLC |
| Emerald Square Assisted Living, LLC |
| ES 14, LLC |
| ES 15, LLC |
| ES 16, LLC |
| ES 18, LLC |
| ES 19, LLC |
| ES 2, LLC |
| ES 21, LLC |
| ES 25, LLC |
| ES 26, LLC |
| ES 29, LLC |
| ES 32, LLC |
| ES 33, LLC |
| ES 34, LLC |
| ES 36, LLC |
| ES 44, LLC |
| ES 45, LLC |
| ES 55, LLC |
| ES BUFORD, LLC |
| ES Gresham Chestnut, LLC |
| ES Mooresville, LLC |
| ES Paducah, LLC |
| ES Sioux City, LLC |
| Fairway Crossing Senior Living Property, LLC |

| Entity Name |
| --- |
| Fairway Crossing Senior Living, LLC |
| Florence Senior Living, LLC |
| Fortuna Assisted Living, LLC |
| Fortuna Cottages, LLC |
| FOSW, LLC |
| Fox River Assisted Living & Memory Care, LLC |
| Franklin Senior Living, LLC |
| Glastonbury Senior Living Property, LLC |
| Glendale at Murray Property, LLC |
| Glendale at Murray Senior Living, LLC |
| Glendale at Murray, LLC |
| Grants Pass Cottages, LLC |
| Grayson Harrisburg Limited Partnership |
| Grayson Harrisburg Senior Living, LLC |
| Grayson Selinsgrove Limited Partnership |
| Grayson Selinsgrove Senior Living, LLC |
| Great Falls Senior Living Operator, LLC |
| Great Falls Senior Living, LLC |
| Greensboro Oakdale Senior Living LLC |
| Greenville Senior Living, LLC |
| Gresham Chestnut Senior Living Property, LLC |
| Gresham Chestnut Senior Living, LLC |
| Hartwell Senior Living, LLC |
| Hendersonville Senior Living LLC |
| Hermiston Terrace Assisted Living LLC |
| Heron Pointe II LLC |
| Heron Pointe III, LLC |

| Entity Name |
| --- |
| Heron Pointe Retirement and Assisted Living Residence, LLC |
| Highlands Senior Living Property, LLC |
| Highlands Senior Living, LLC |
| Hillside Senior Living Community, LLC |
| Hilton Head Senior Living, LLC |
| Holiday Lane Estates Assisted Living Limited Partnership |
| Holiday Lane GP, LLC |
| Hoover Senior Living, LLC |
| Huntsville Senior Living, LLC |
| Jackson Hole Senior Living, LLC |
| Jasper Senior Living Property, LLC |
| Jasper Senior Living, LLC |
| Kansas City Senior Living Property, LLC |
| Kansas City Senior Living, LLC |
| Kearney Senior Living LLC |
| Kenmore Senior Living, LLC |
| Kennewick Care, L.L.C. |
| Kerrville Senior Living GP, LLC |
| Kerrville Senior Living Limited Partnership |
| Kerrville Senior Living Property Limited Partnership |
| Kings Manor Oregon, LLC |
| Kingsport Senior Living, LLC |
| Lakeside Retirement Cottages, LLC |
| Las Cruces, LLC |
| Lawrenceville Senior Living, LLC |
| Legacy Gardens Assisted Living, LLC |
| Legacy Georgia Senior Living Property, LLC |

EXHIBIT A

| Entity Name |
| --- |
| Legacy Georgia Senior Living, LLC |
| Lesser-Capitol, LLC |
| Lexington Senior Living Property, LLC |
| Lexington Senior Living, LLC |
| Lompoc Senior Living GP, LLC |
| Lompoc Senior Living Property GP, LLC |
| Lompoc Senior Living Property Limited Partnership |
| Lubbock Assisted Living Limited Partnership |
| Lubbock GP, LLC |
| Macon Senior Living Property, LLC |
| Macon Senior Living, LLC |
| Magnolia Gardens Assisted Living, LLC |
| Magnolia Gardens Senior Living Property, LLC |
| Magnolia Gardens Senior Living, LLC |
| Manor House Memory Care, LLC |
| Marietta Senior Living, LLC |
| McCook Senior Living LLC |
| Meadowlark Assisted Living Community, LLC |
| Medallion Assisted Living Limited Partnership |
| Memphis Senior Living, LLC |
| Merced GP, LLC |
| Merced Senior Living Limited Partnership |
| Middlefield Oaks assisted Living and Memory Care Community, LLC |
| Minnetonka Senior Living, LLC |
| Minot Senior Living, LLC |
| Modesto GP, LLC |
| Modesto Senior Living Limited Partnership |

EXHIBIT A

| Entity Name |
| --- |
| Montclair Senior Living LLC |
| Mooresville Senior Living Property, LLC |
| Mooresville Senior Living, LLC |
| Morgan City, LLC |
| Moses Lake Senior Care LLC |
| Mountain View Village Assisted Living LLC |
| Nashville Senior Living LLC |
| Newnan Senior Living, LLC |
| Newtown Senior Living, LLC |
| North Lima Senior Living, LLC |
| Northwesterly Assisted Living, LLC |
| Oahu Senior Living, LLC |
| Oklahoma City Senior Living, LLC |
| Oklahoma Senior Living Property, LLC |
| Olmstead Falls Properties, LLC |
| Olmsted Falls Holdings, LLC |
| Olmsted Falls Senior Living Property, LLC |
| Olmsted Falls Senior Living, LLC |
| Omak Alzheimer's Care, L.L.C. |
| Orange Senior Living, LLC |
| Orchard Glen Retirement Community, LLC |
| Orchard Park, LLC |
| Osprey Court Senior Living, LLC |
| Oxford Senior Living Property, LLC |
| Oxford Senior Living, LLC |
| Paducah Senior Living Property, LLC |
| Paducah Senior Living, LLC |

| Entity Name |
| --- |
| Paradise Valley Retirement Community, LLC |
| Paragon Gardens GP, LLC |
| Paragon Gardens Limited Partnership |
| Park Place Assisted Living Community, LLC |
| Parkview Estates Cottages, LLC |
| Peachtree Village Retirement, LLC |
| Peridot Assisted Living Community, LLC |
| Phoenix JH, LLC |
| Phoenix Senior Living Property, LLC |
| Phoenix Senior Living, LLC |
| Pikesville Senior Living, LLC |
| Pinehurst Oakdale Senior Living LLC |
| Plano GP, LLC |
| Plano Limited Partnership |
| Portland Senior Living LLC |
| Preston Hollow Assisted Living Limited Partnership |
| Preston Hollow GP, LLC |
| Providence City, LLC |
| Pullman Senior Care Properties, LLC |
| Purcell Senior Living, LLC |
| Rainbow GF, LLC |
| Richland Special Care, L.L.C. |
| Riverdale Senior Living, LLC |
| Riverside at Belfair Assisted Living, LLC |
| Rose Valley Cottages, LLC |
| Roswell Senior Living, LLC |
| Sanddollar Court Memory Care LLC |

| Entity Name |
| --- |
| Sanddollar Village Assisted Living, LLC |
| Sandia Springs Assisted Living & Memory Care, LLC |
| Scappoose Assisted Living, LLC |
| Seaside Senior Living, LLC |
| Sellwood Landing Retirement and Assisted Living Community, LLC |
| Senior Living Care, LLC |
| Seward Senior Living LLC |
| Sioux City Senior Living Property, LLC |
| Sioux City Senior Living, LLC |
| Southbury Property, LLC |
| Southbury Senior Living, LLC |
| Spartanburg Senior Living, LLC |
| Spokane Senior Living, LLC |
| Spring Arbor Property, LLC |
| Spring Arbor Senior Living, LLC |
| Spring Pointe LLC |
| Spring Village Retirement, LLC |
| Spring Village, LLC |
| Springfield Assisted Living, LLC |
| St. George Senior Living LLC |
| St. Peters Senior Living Property, LLC |
| St. Peters Senior Living, LLC |
| Stayton SW Assisted Living Cottages LLC |
| Sterling Assisted Living Holdings, LLC |
| Sterling Assisted Living Property, LLC |
| Sterling Assisted Living, LLC |
| Stevens Point Senior Living, LLC |

11

| Entity Name |
|---|
| Stone Mountain Senior Living, LLC |
| Sunrise Creek Assisted Living and Memory Care Community, LLC |
| Sunshine Village Assisted Living & Memory Care, LLC |
| Sunshine Village Property, LLC |
| Sunwest Management Inc |
| Sweetwater Springs Assisted Living & Memory Care Community, LLC |
| Tahlequah Senior Living Property, LLC |
| Tahlequah Senior Living, LLC |
| Terre Haute Senior Living Property, LLC |
| Terre Haute Senior Living, LLC |
| The Palms Assisted Living & Memory Care, LLC |
| Tualatin Senior Care, LLC |
| Tulsa Senior Living, LLC |
| Vancouver Care LLC (II) |
| Vancouver Senior Living, LLC |
| Vegas Assisted Living LLC |
| Victor Senior Living, LLC |
| Villa del Rey-Roswell, Ltd |
| Village at Greece LLC |
| Vineyard Blvd Senior Living Property, LLC |
| Vineyard Blvd Senior Living, LLC |
| Vineyard Blvd Senior Living, LLC |
| Waterfield Memory Care Community, LLC |
| Wayne Senior Living LLC |
| W-E Specialized Care LLC |
| West Allis Senior Living, LLC |
| West Columbia Senior Living, LLC |

12

EXHIBIT A

| Entity Name |
| --- |
| Willows at Sherman Assisted Living & Memory Care Community Limited Partnership |
| Willows at Sherman Community GP, LLC |
| Wilsonville Retirement, LLC |
| Winstom-Salem Oakdale Senior Living LLC |
| Woodside Assisted Living Community, LLC |
| Woodstock Oaks Senior Living Property, LLC |
| Woodstock Oaks Senior Living, LLC |
| Woodstock Senior Living, LLC |
| Yakima Alzheimer's Care, L.L.C. |
| Yakima Senior Care, L.L.C. |
| Yakima Senior Living Holdings, LLC |
| Yakima Senior Living Operator Holdings, LLC |
| Yakima Senior Living Property LLC |

EXHIBIT A

| Entity Name |
| --- |
| Aaron Ridge Apartments, LLC |
| Addie Meedom Cottages, LLC |
| Albany Senior Living, LLC |
| Atwater Senior Living GP, LLC |
| Atwater Senior Living Limited Partnership |
| Atwater Senior Living Property GP, LLC |
| Atwater Senior Living Property Limited Partnership |
| Autumn Glen Cottages Property, LLC |
| Autumn Glen Cottages, LLC |
| Autumn Park Cottages, LLC |
| Avondale Senior Living, LLC |
| Blossom Valley Cottages, LLC |
| Blue Mountain Associates Property, LLC |
| Blue Mountain Associates, LLC |
| Blue Mountain Ownership, LLC |
| Bluffs at Northwoods Apartments LLC |
| Bluffs at Northwoods Property  LLC |
| Braxton Senior Living GP, LLC |
| Braxton Senior Living Limited Partnership |
| Braxton Senior Living Property GP, LLC |
| Braxton Senior Living Property Limited Partnership |
| Broomfield Senior Living Property, LLC |
| Broomfield Senior Living, LLC |
| Buford Brookside Senior Living Property LLC |
| Bull Springs Holdings, LLC |
| Camelot GP LLC |
| Cape Elizabeth Senior Living LLC |

| Entity Name |
| --- |
| Cape Elizabeth Senior Living Property, LLC |
| Cascadia Canyon LLC |
| CCD Commercial Properties LLC |
| Century Place LLC |
| Century Place, L.L.C. |
| Charlotte Oakdale Property LLC |
| Charlotte Overlook Apartments LLC |
| Chesterley Meadows Cottages, LLC |
| Cheyenne Senior Living Property, LLC |
| Cheyenne Senior Living, LLC |
| Clark 40 LLC |
| Cody Senior Living II Property, LLC |
| Cody Senior Living II, LLC |
| Cold Springs Development I Property, LLC |
| Cold Springs Development I, LLC |
| Cold Springs Development II Property, LLC |
| Cold Springs Development II, LLC |
| College Park Associates I, LLC |
| College Park Property, LLC |
| Cordova Cottages, LLC |
| Cotttonwood Lodge Retirement, Assisted Living & Memory Care Community, LLC |
| CPSW LLC |
| CT Acres LLC |
| CU 1 LLC |
| CU 20 LLC |
| CU 40 LLC |
| CU 41 LLC |

| Entity Name |
| --- |
| CU 42 LLC |
| CU 43 LLC |
| CU 54 LLC |
| CU 7 LLC |
| CU 8 LLC |
| CU Canton LLC |
| CU Global LLC |
| CU Mobile Gordon Oaks LLC |
| CU Roanoke LLC |
| CU Sheridan LLC |
| CU Woodstock LLC |
| CV Senior Living LLC |
| Desert Springs Land LLC |
| Eagle Care, LLC |
| Encore Indemnity Management LLC |
| ES 1 LLC |
| ES 27 LLC |
| ES 40 LLC |
| ES 41 LLC |
| ES 42 LLC |
| ES 43 LLC |
| ES 54 LLC |
| ES 7 LLC |
| ES 8 LLC |
| ES Canton LLC |
| ES Global LLC |
| ES Mobile Gordon Oaks LLC |

| Entity Name |
| --- |
| ES Roanoke LLC |
| ES Sheridan LLC |
| ES SR 1 LLC |
| ES SR 2 LLC |
| ES Woodstock LLC |
| Eugene Senior Living Apartments Property, LLC |
| Eugene Senior Living Apartments, LLC |
| Eugene Senior Living Property, LLC |
| Eugene Senior Living, LLC |
| Fairview Business Flex Campus LLC |
| Fairview Services LLC |
| Fairway Group I Ownership, LLC |
| Fairway Group I, LLC |
| Forest Lake Estates LLC |
| Fuse Ad Agency Inc |
| Gainesville Mall Property, LLC |
| Gemstone Assisted Living Community LLC |
| Graham's Ferry Road Property, LLC |
| Graham's Ferry Road, LLC |
| Grand Court FW LLC |
| Greenleaf Farms I LLC |
| Greenville Cottages Property, LLC |
| Greenville Cottages, LLC |
| Gresham Senior Living, LLC |
| Harlingen GP LLC |
| HD 5, LLC |
| HFJ LLC |

17

| Entity Name |
| --- |
| HFJ II LLC |
| HFLW Employee Distributions LLC |
| Highland Chaparral Senior Living GP, LLC |
| Highland Chaparral Senior Living Limited Partnership |
| Highland Chaparral Senior Living Property GP, LLC |
| Highland Chaparral Senior Living Property Limited Partnership |
| Holiday Lane Cottages GP, LLC |
| Holiday Lane Cottages Limited Partnership |
| Hoover Senior Living Property LLC |
| HR Industrial Properties I Ownership, LLC |
| HR Industrial Properties I, LLC |
| HR Retail Associates I Ownership, LLC |
| HR Retail Associates I, LLC |
| HR Retail Properties I, LLC |
| HR Salem Associates, LLC |
| HR Salem Ownership, LLC |
| HR Salem Properties, LLC |
| HR Stayton Retail Ownership, LLC |
| HR Stayton Retail, LLC |
| Jackson Hole Property LLC |
| JDP LLC |
| JH Stonebridge LLC |
| KDA Construction Inc |
| KDA Enterprises LLC |
| Kerrville Senior Living Property GP LLC |
| Kerrville Senior Living Property Limited Partnership |
| Kingman Senior Living Property, LLC |

18

EXHIBIT A

| Entity Name |
| --- |
| Kingman Senior Living, LLC |
| Lacey Senior Living, LLC |
| Macleay-Cordon LLC |
| MCK, LLC |
| Medallion GP LLC |
| Medford Senior Living Property, LLC |
| Medford Senior Living, LLC |
| Milton Senior Care, LLC |
| Mobile Gordon Oaks Senior Living Property LLC |
| Mt. Pleasant Oakdale I Property LLC |
| Mt. Pleasant Oakdale II Property LLC |
| MVP Sports LLC |
| Nanaimo GP, LLC |
| Nanaimo Senior Living Limited Partnership |
| Newnan Senior Living II Property, LLC |
| Ocala CH Property Ltd |
| Ocala CHGP LLC |
| Oregon Gardens Assisted Living, LLC |
| Ownership College Park Associates, LLC |
| PH Whitman Road Associates, LLC |
| PH Whitman Road, LLC |
| Pinehurst Oakdale Property LLC |
| Portland Senior Living Property, LLC |
| Post Falls Land, LLC |
| Post Falls Senior Living, LLC |
| Post Pointe Atlanta, LLC |
| Post Pointe MGR, Inc. |

| Entity Name |
| --- |
| Poulsbo Senior Living, LLC |
| PRH Properties, LLC |
| Puyallup Senior Care, L.L.C. |
| Puyallup Senior Living, LLC |
| Redding Senior Care, LLC |
| Regal Estates Cottages GP, LLC |
| Regal Estates Cottages Limited Partnership |
| Riddle Road Property, LLC |
| River's Edge NC Apartments, LLC |
| River's Edge NC Property, LLC |
| Riverside Senior Living GP, LLC |
| Riverside Senior Living Limited Partnership |
| Rock Springs Senior Living, LLC |
| Rose Valley Cottages II, LLC |
| Roswell Assisted Living, LLC |
| Senenet, Inc. |
| Senior Living Holdings I, LLC |
| Senior Living Holdings III, LLC |
| Senior Living Holdings IV, LLC |
| Senior Living Holdings Ownership, LLC |
| Senior Living Properties II, LLC |
| Senior Living Properties III, LLC |
| Senior Living Properties, LLC |
| Sequim Senior Living, LLC |
| Sheridan Senior Living Property, LLC |
| Shore Pines Assisted Living Community, LLC |
| Silver Indemnity, Ltd |

EXHIBIT A

| Entity Name |
|---|
| Silver Insurance Management, LLC |
| Silverstar Destinations LLC |
| Silverstar Outdoor LLC |
| Smart Park PH 1, LLC |
| Smart Park PH 3, LLC |
| Smart Park PH 4, LLC |
| Smart Park PH 5, LLC |
| Sunshine Village Cottages Property, LLC |
| Sunshine Village Cottages, LLC |
| Sunwest Associates II, LLC |
| Sunwest Associates III, LLC |
| Sunwest Associates Limited Liability Company |
| Sunwest Properties II, LLC |
| Sunwest Properties, LLC |
| SW Airplane Hanger, LLC |
| SW Hoop, LLC |
| TD I, LLC |
| TD/SR Property Investments, LLC |
| Temple Cottages GP, LLC |
| Temple Cottages Limited Partnership |
| Third Street Investments, L.L.C. |
| University Care, LLC |
| Verus College Place I, LLC |
| West Salem Orchard Heights Property, LLC |
| West Salem Senior Living Property, LLC |
| West Salem Senior Living, LLC |
| Western Pennsylvania Senior Living GP, LLC |

EXHIBIT A

| Entity Name |
| --- |
| Western Pennsylvania Senior Living Limited Partnership |
| Wichita Falls Apartments Property, LLC |
| Wichita Falls Apartments, LLC |
| Willow Trace Apartments, LLC |
| Willow Trace Property, LLC |
| Winston-Salem Oakdale Property, LLC |
| Woodburn Senior Living, LLC |
| Yakima Medical School Holdings, LLC |

22